IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CRAIG DEL GRANDE, JILL DEL GRANDE and WAHOO INVESTMENTS NETWORK d/b/a WIN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WINDRIVER TRISTAR, LLC, et al.,<br><br>Defendants. | CV-21-17-BU-BMM<br><br>**ORDER** |

Upon Plaintiffs' Notice of Service and Ongoing Settlement Negotiations, (Doc. 3) and with good cause shown,

**IT IS HEREBY ORDERED** that a joint status report, or in the alternative, an answer by ALL defendants is due to the Court on or before May 28, 2021.

DATED this 20th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court