IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CRAIG DEL GRANDE, JILL DEL GRANDE and WAHOO INVESTMENTS NETWORK dba WIN, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>WINDRIVER TRISTAR, LLC, et al.,<br><br>Defendants. | CV-20-65-BU-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled. (Doc. 11.)

Accordingly, **IT IS HEREBY ORDERED** that the parties, shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before December 1, 2021, or show good cause for their failure to do so.

DATED    this 1st day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

-1-