# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| CRAIG DEL GRANDE, JILL DEL GRANDE and WAHOO INVESTMENTS NETWORK dba WIN, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WINDRIVER TRISTAR, LLC, SATORI PEAK, INC.; TRISTAR IRREVOCABLE TRUST; BRAD JENSEN AND HEATH JOHNSTON AS TRUSTEES OF TRISTAR IRREVOCABLE TRUST; TIOGA CAPITAL, LLC; CEDAR CORNERS MANAGEMENT, LLC; BRAD JENSEN, HEATH JOHNSTON, MCKAY JOHNSTON, and JOHN DOES 1-20,<br><br>*Defendants*. | Case No. CV-21-17-BU-BMM<br><br>Hon. Brian Morris<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have stipulated to dismiss this action against all Defendants with prejudice, each party to bear their own costs.

As such, it is hereby ORDERED that this case is dismissed with prejudice, each party to bear their own costs.

DATED this 26th day of September, 2022.

Brian Morris, Chief District Judge
United States District Court